**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    NORMAN WILLIAMS                              CASE NO. 07-50411-KMS

        *Debtor.*                                         CHAPTER 13

To:    Brian J. Dilks, Managing Member
        Dilks & Knopik, LLC
        35308 SE Center St.
        Snoqualmie, WA 98065-9216

cc:    GE Money Bank  c/o Bruce J. Squillante

### Notice of Deficiency

Notice is hereby given that the *Application for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 USC Sect. 347 and 28 USC Sect 2041 Et. Seq.* (the "Application") (Dkt. #48) filed by you on behalf of GE Money Bank successor in interest to Chevron Credit Bank (the "Claimant") is defective for the following reason:

- Statement of Bruce J. Squillante's authority to sign documents on behalf of GE Money Bank for unclaimed property.

You are further notified, that failure to cure the above deficiency on or before **November 26, 2014** may result in the application being denied without further notice.

Date:  November 4, 2014                      Danny L. Miller, *Clerk of Court*

                                                    By:  /s/Collette Derouen
                                                         Chief Deputy
                                                         Dan M. Russell, Jr. U.S. Courthouse
                                                         2012 15th Street, Suite 244
                                                         Gulfport, MS 39501
                                                         228-563-1793