

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: January 30, 2015

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

NORMAN WILLIAMS                                              CASE NO. 07-50411-KMS

DEBTOR.                                                           CHAPTER 13

## ORDER DENYING APPLICATION

There came on for consideration the Notice of Deficiency (the "Deficiency Notice") (Dkt. 51) issued to Brian J. Dilks, Managing Member of Dilks & Knopik, LLC, Attorney-In-Fact for GE Money Bank successor in interest to Chevron Credit Bank ("GE Money Bank") on November 04, 2014. The Deficiency Notice provided that GE Money Bank's Application for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041 *et. seq.* (the "Application") (Dkt. 48) filed on November 04, 2014 was deficient because a statement of the signing officer's authority was omitted. The Deficiency Notice further stated that failure to cure the deficiency on or before November 26, 2014 could result in the Application being "denied without further notice."  As of the date of this Order, the deficiency has not been cured. Consequently, the Court finds that the Application should be denied.

IT IS, THEREFORE, ORDERED that the Application hereby is denied.

##END OF ORDER##